# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Pablo Juan-Pablo

CRIMINAL COMPLAINT
CASE: 17-27246M
Citizenship: GUATEMALA

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about September 11, 2017, at or near Robles Junction, Arizona, in the District of Arizona, Pablo JUAN-Pablo, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Miami, Florida on July 26, 2017, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about September 7, 2017, at or near Sasabe, Arizona, in the District of Arizona, Pablo JUAN-Pablo, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   Pablo JUAN-Pablo is a citizen of Guatemala. On July 26, 2017, Pablo JUAN-Pablo was lawfully denied admission, excluded, deported, and removed from the United States through Miami, Florida. On September 11, 2017, agents found Pablo JUAN-Pablo in the United States at or near Robles Junction, Arizona. Pablo JUAN-Pablo did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about September 11, 2017, agents found Pablo JUAN-Pablo in the United States of America at or near Robles Junction, Arizona without the proper immigration documents. Furthermore, Pablo JUAN-Pablo admitted to illegally entering the United States of America from Mexico on or about September 7, 2017, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 09/13/2017

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/13/2017

**Lynnette C. Kimmins**
**United States Magistrate Judge**